**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Ronald BURSTON,
Defendant/Appellant.**

**No. ED 93805.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 23, 2010.

Shaun J. Mackelprang, John M. Reeves, Jefferson City, MO, for Plaintiff/Respondent.

Edward S. Thompson, St. Louis, MO, for Defendant/Appellant.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Ronald Burston appeals from the trial court's judgment entered upon a jury verdict convicting him of first-degree tampering. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court committed no plain error. Rule 30.20;[1] *State v. Nylon,* 311 S.W.3d 869, 884 (Mo.App. E.D.2010). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only.

We affirm the judgment pursuant to Rule 30.25(b).

---

1. All rule references are to Mo. R.Crim. P.2009, unless otherwise indicated.